IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WESTERN WORLD INSURANCE, COMPANY, Plaintiff, | ) ) ) ) |
| v. | ) ) |
| NARCONON OF GEORGIA, INC., NARCONON INTERNATIONAL, ET AL. Defendants. | ) Civil Action File ) No. 1:12-CV-2117 ) ) ) |

## NOTICE OF APPEARANCE

TAKE NOTICE that Halsey G. Knapp, Jr. of Foltz Martin, LLC hereby appears in the above-captioned case as counsel for all purposes on behalf of Defendants Narconon of Georgia, Inc. ("Narconon Georgia") and Narconon International ("International") pursuant to Rule 83.1(e)(1) of the Northern District of Georgia Local Rules. Mr. Knapp is a member in good standing of the State Bar of Georgia and is admitted to practice before the District Court, Northern District of Georgia and the Supreme Court of Georgia.

Defendants Narconon of Georgia, Inc. and Narconon International requests that the Clerk of the District Court of the Northern District of Georgia, the Plaintiff, and all other parties in interest, add the undersigned counsel to the service

1098514v1

- 1 -

list and serve upon said counsel copies of all pleadings, orders, notices, and any other papers filed in the above-styled case on behalf of Defendants Narconon of Georgia, Inc. and Narconon International to the following address:

Halsey G. Knapp, Jr., Esq.<br>
FOLTZ MARTIN, LLC,<br>
Five Piedmont Center, Suite 750<br>
Atlanta, Georgia 30305-1509<br>
Email: hknapp@foltzmartin.com

This 26th day of July, 2012.

Respectfully submitted,

FOLTZ MARTIN, LLC

_____
Halsey G. Knapp, Jr.
Georgia Bar No. 425320

FOLTZ MARTIN LLC
Five Piedmont Center, Suite 750
Atlanta, Georgia 30305-1541
Telephone: (404) 231-9397
Facsimile: (404) 237-1659
*Attorneys for Defendants*
*Narconon of Georgia, Inc.*
*and Narconon International*

1098514v1

## LR 7.1 CERTIFICATE

Pursuant to L.R. 7.1D, counsel certifies that the foregoing Notice of Appearance complies with the font and point selections approved by the Court in L.R. 5.1C. This **Notice of Appearance** was prepared using Times New Roman 14 point font.

FOLTZ MARTIN, LLC

_____
HALSEY G. KNAPP, JR.

3525 Piedmont Road, NE
Suite 750, Five Piedmont Center
Atlanta, Georgia  30305
Telephone:  (404) 231-9397
Facsimile:   (404) 237-1659
Email: hknapp@foltzmartin.com
*Attorney for Defendants Narconon*
*Of Georgia, Inc. and Narconon*
*International*

- 4 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2012, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system to the following:

> Barbara Mulholland
> DENNIS, CORRY, PORTER & SMITH, LLP
> 3525 Piedmont Road, N.E.
> 5 Piedmont Center – Suite 750
> Atlanta, Georgia 30305

This 26th day of July, 2012.

Respectfully submitted,

Halsey G. Knapp, Jr.
Georgia Bar No. 425320

FOLTZ MARTIN LLC
Five Piedmont Center, Suite 750
Atlanta, Georgia 30305-1541
Telephone: (404) 231-9397
Facsimile: (404) 237-1659
*Attorneys for Defendants*
*Narconon of Georgia, Inc.*
*and Narconon International*

1098514v1