Local Form 440 (12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern   District of   Georgia

| | |
|---|---|
| **Western World Insurance Company** | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | ) |
| | ) |
| Narconon of Georgia, Inc., Narconon International, et al | ) |
| | ) |
| _Defendant_ | ) |

Civil Action No.  1:12-cv-2117

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Mary C. Desmond, as Administratrix of the Estate of Patrick W. Desmond
934 Cormorant Court
Viera, Florida 32955

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

R. Clay Porter/Barbara L. Mulholland/Elizabeth K. Eklund
DENNIS, CORRY, PORTER & SMITH, LLP
3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305-4611

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

James N. Hatten

_CLERK OF COURT_

Date:  6/20/2012



s/Beverly Gutting

_Signature of Clerk or Deputy Clerk_

EXHIBIT B

Local Form  440 (12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)*  **Mary C. Desmond, as Administratrix of the Estate of Patrick W. Desmond**

was received by me on *(date)*  __06/28/12__ .

☒ I personally served the summons on the individual at *(place)*  **934 Cormorant Court  Viera, Florida 32955**  on *(date)*  **07/16/12**  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __07/17/12__

_____
*Server's signature*

STEVEN M. HAN #390
_____
*Printed name and title*

MLG ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794
_____
*Server's address*

Additional information regarding attempted service, etc:



262713

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

Plaintiff
WESTERN WORLD INSURANCE COMPANY
vs.                                                                    Case No.: Civil Action No. 1:12-cv-2117
Defendant
NARCONON OF GEORGIA,INC., NARCONON
INTERNATIONAL, ET AL

## AFFIDAVIT OF SERVICE

I Steven M. Ham, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

**For:**  Dennis, Corry,Porry, Porter & Smith, LLP

**Date Received:**  6/28/2012   11:00 AM

**Document(s):**  Summons and Complaint for Declaratory Judgment

**Serve To:**  MARY C. DESMOND, as Administratrix of the Estate of Patrick W. Desmond

**Address:**  934 Cormorant Court, Viera, Florida 32955

**Date Served:**  7/16/2012   3:39 PM

**Method of Service:**  Individual

**Person Served:**  MARY C. DESMOND,  Defendant

**Address:**  934 Cormorant Court, Viera, Florida 32955

**Military Status:**  Not in Military

**Race:**  White **Sex:** F     **Age:** 6-65   **Ht.:**  5'6"-5'8" **Wt.:**  175-185 **Hair:**  Gray       **Glasses:** Yes

**Under penalties of pejury, I declare that I have read the foregoing document and that the facts stated in it are true.**

_____
Steven M. Ham, 390

MLQ ATTORNEY SERVICES
2000 Riveredge Parkway NW, Suite 8855
Atlanta, Georgia 30328
(800) 446-8794

State of Florida
County of Brevard
Subscribed and sworn to before me, a notary public, on  7/17/12

_____
Notary Public
My Commission Expires:

AUBREY E. HENDERSON
MY COMMISSION # DD 918692
EXPIRES: December 20, 2013
Bonded Thru Notary Public Underwriters

ID: 12-0016140
Client Reference: 262713



262713