Local Form 440 (12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Western World Insurance Company<br>*Plaintiff*<br>v.<br>Narconon of Georgia, Inc., Narconon International, et al<br>*Defendant* | Civil Action No. 1:12-cv-2117 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Patrick C. Desmond, Individually
934 Cormorant Court
Viera, Florida 32955

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

R. Clay Porter/Barbara L. Mulholland/Elizabeth K. Eklund
DENNIS, CORRY, PORTER & SMITH, LLP
3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305-4611

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

James N. Hatten
*CLERK OF COURT*

Date: 6/20/2012

s/Beverly Gutting
*Signature of Clerk or Deputy Clerk*

EXHIBIT C

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

**Plaintiff**
WESTERN WORLD INSURANCE COMPANY
vs.
**Defendant**
NARCONON OF GEORGIA, INC., NARCONON INTERNATIONAL, ET AL

Case No.: Civil Action No. 1:12-cv-2117

## AFFIDAVIT OF SERVICE

I Steven M. Ham, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

**For:** Dennis, Corry, Porry, Porter & Smith, LLP

**Date Received:** 6/28/2012   11:00 AM

**Document(s):** Summons and Complaint for Declaratory Judgment

**Serve To:** PATRICK C. DESMOND, Individually

**Address:** 934 Cormorant Court, Viera, Florida 32955

**Date Served:** 7/16/2012   3:39 PM

**Method of Service:** Substitute (Residence)

**Person Served:** MARY C. DESMOND, Spouse

**Address:** 934 Cormorant Court, Viera, Florida 32955

**Military Status:** Not in Military

**Race:** White   **Sex:** F   **Age:** 60-65   **Ht.:** 5'6"-5'8"   **Wt.:** 175-185   **Hair:** Gray   **Glasses:** Yes

Under penalties of pejury, I declare that I have read the foregoing document and that the facts stated in it are true.

Steven M. Ham, 390

D&H Professional Investigative Services, Inc.
P. O. Box 372265
Satellite Beach, Florida 32937-2265
(321) 720-8635

State of Florida
County of Brevard
Subscribed and sworn to before me, a notary public, on 7/17/12

Notary Public
My Commission Expires:

ID: 12-0016130
Client Reference: 262711

AUBREY E. HENDERSON
MY COMMISSION # DD 918692
EXPIRES: December 20, 2013
Bonded Thru Notary Public Underwriters

262711

Process Server Software - Release 2004D

Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)* __Patrick C. Desmond, individually__
was received by me on *(date)* __06/28/12__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* __Mary C. Desmond, spouse__ , a person of suitable age and discretion who resides there,
on *(date)* __07/16/12__ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __07/17/12__

*Server's signature*

Steven M. Ham, #390



MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794

*Server's address*

Additional information regarding attempted service, etc:

262711