UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| WESTERN WORLD INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | FILE NO.: 1:12-CV-02117 |
| v. | : | |
| | : | |
| NARCONON OF GEORGIA, INC., NARCONON INTERNATIONAL, DELGADO DEVELOPMENT, INC., PATRICK C. DESMOND AND MARY C. DESMOND, INDIVIDUALLY, AND MARY C. DESMOND, AS ADMINISTRATRIX OF THE ESTATE OF PATRICK W. DESMOND, | : | |
| | : | |
| Defendants. | : | |

**STIPULATION EXTENDING TIME TO ANSWER**

COME NOW Plaintiff and Defendants Patrick C. Desmond and Mary C. Desmond, Individually, and Mary C. Desmond, as Administratrix of the Estate of Patrick W. Desmond, and hereby agree that Defendants Patrick C. Desmond and Mary C. Desmond, Individually, and Mary C. Desmond, as Administratrix of the Estate of Patrick W. Desmond have through and including September 6, 2012 to Answer or otherwise plead in response to the Plaintiff's Complaint.  Defendants do not waive any rights or defenses as a result of this extension of time to respond.

Consented and agreed to this  7th  day of August, 2012.

                        s/Jeffrey R. Harris         .
                        JEFFREY R. HARRIS
                         Georgia Bar No. 330315
                        jeff@hpllegal.com
                        HARRIS PENN LOWRY DELCAMPO, LLP
                        1201 Peachtree Street, NE, Suite 900
                        Atlanta, GA 30361
                        P:  404-961-7650
                        F:  404-961-7651
                        *Attorney for Defendants Patrick C. Desmond and Mary C. Desmond, Individually, and Mary C. Desmond, as Administratrix of the Estate of Patrick W. Desmond*

                        s/R. CLAY PORTER
                         Georgia Bar No. 584825
                        cporter@dcplaw.com
                        DENNIS, CORRY, PORTER & SMITH, LLP
                        3535 Piedmont Road, NE
                        14 Piedmont Center, Suite 900
                        Atlanta, Georgia 30305-4611
                        Telephone: (404) 365-0102
                        Facsimile: (404) 365-0134
                        *Attorney for Plaintiff Western World Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date filed the foregoing **Stipulation Extending Time to Answer** using the ECF system which will automatically send e-mail documentation of such filing to the following attorneys of record.

R. CLAY PORTER
cporter@dcplaw.com
DENNIS, CORRY, PORTER & SMITH, LLP
3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305-4611

This 7th day of August, 2012.

> s/Jeffrey R. Harris               .
> JEFFREY R. HARRIS
>  Georgia Bar No. 330315
> jeff@hpllegal.com
> HARRIS PENN LOWRY DELCAMPO, LLP
> 1201 Peachtree Street, NE, Suite 900
> Atlanta, GA 30361
> P:  404-961-7650
> F:  404-961-7651
> *Attorney for Defendants Patrick C. Desmond and Mary C. Desmond, Individually, and Mary C. Desmond, as Administratrix of the Estate of Patrick W. Desmond*