UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WESTERN WORLD INSURANCE COMPANY,<br><br>　　Plaintiff,<br><br>v.<br><br>NARCONON OF GEORGIA, INC., NARCONON INTERNATIONAL, DELGADO DEVELOPMENT, INC., PATRICK C. DESMOND AND MARY C. DESMOND, INDIVIDUALLY, AND MARY C. DESMOND, AS ADMINISTRATRIX OF THE ESTATE OF PATRICK W. DESMOND,<br><br>　　Defendants. | CIVIL ACTION<br>FILE NO.:  1:12-cv-2117-AT |

## NOTICE OF FILING PROOF OF SERVICE

COMES NOW Western World Insurance Company, Plaintiff in the above-styled action, by and through counsel, and hereby submits to the Court to be entered on the docket in this matter the following document attached hereto as Exhibit "A".

- *Proof of Service of Complaint for Declaratory Judgment upon Delgado Development, Inc.*

-1-

-2-

<div style="margin-left: 40%;">

<u>s/R. CLAY PORTER</u>
Georgia Bar No. 584825
For the Firm
Attorney for Plaintiff
DENNIS, CORRY, PORTER & SMITH, L.L.P.
3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305-4611
Telephone:(404) 365-0102
Facsimile: (404) 365-0134
Email:     cporter@dcplaw.com

</div>

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2012, I electronically filed **NOTICE OF FILING PROOF OF SERVICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Herman Fussell, Esq.
Halsey G. Knapp, Jr., Esq.
Foltz Martin, LLC
3525 Piedmont Road, NE
Five Piedmont Center, Suite 750
Atlanta, GA  30305

Jeffrey R. Harris, Esq.
Harris Penn Lowry Delcampo, LLP
1201 Peachtree Street, NE, Suite 900
Atlanta, GA 30361

                                                          s/R. CLAY PORTER
                                                          Georgia Bar No. 584825
                                                          For the Firm
                                                          Attorney for Plaintiff

DENNIS, CORRY, PORTER & SMITH, L.L.P.
3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305-4611
Telephone:  (404) 365-0102
Facsimile:   (404) 365-0134
Email:          cporter@dcplaw.com

2362-11141.1(RCP)