AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:12-CV-2117

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Delgado Development, Inc.**
was received by me on *(date)* **08/02/2012**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Maria Delgado, Registered Agent**, who is designated by law to accept service of process on behalf of *(name of organization)* **Delgado Development, Inc.** at **1536 Pinebreeze Drive, Marietta, GA 30062** on *(date)* **08/06/2012** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **08/07/2012**

*Server's signature*

**Eric West**
*Printed name and title*

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794

*Server's address*

Additional information regarding attempted service, etc:


**270546**

EXHIBIT A