IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WESTERN WORLD INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>NARCONON OF GEORGIA, INC., NARCONON INTERNATIONAL, DELGADO DEVELOPMENT, INC., PATRICK C. DESMOND AND MARY C. DESMOND, INDIVIDUALLY, AND MARY C. DESMOND, AS ADMINISTRATRIX OF THE ESTATE OF PATRICK W. DESMOND,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO.:  1:12-cv-2117-AT |

## NOTICE OF APPEARANCE AS COUNSEL

COMES NOW STEPHEN G. SMITH, JR., of the law firm of Dennis, Corry, Porter & Smith, L.L.P., and hereby files his Notice of Appearance as Counsel for Plaintiff Western World Insurance Company in the above-captioned matter.

<pre>                              s/STEPHEN G. SMITH, JR.
                              Georgia Bar No. 795287
                              For the Firm
                              Attorney for Plaintiff
                              DENNIS, CORRY, PORTER & SMITH, L.L.P.
                              3535 Piedmont Road, NE
                              14 Piedmont Center, Suite 900
                              Atlanta, Georgia 30305-4611
                              Telephone:(404) 365-0102
                              Facsimile: (404) 365-0134
                              Email:    ssmith@dcplaw.com</pre>

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2012, I electronically filed **NOTICE OF APPEARANCE AS COUNSEL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Herman Fussell, Esq.
Halsey G. Knapp, Jr., Esq.
Foltz Martin, LLC
3525 Piedmont Road, NE
Five Piedmont Center, Suite 750
Atlanta, GA  30305

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Jeffrey R. Harris, Esq.
Harris Penn Lowry Delcampo, LLP
1201 Peachtree Street, NE, Suite 900
Atlanta, GA 30361

                                                s/STEPHEN G. SMITH, JR.
                                                Georgia Bar No. 795287
                                                For the Firm
                                                Attorney for Plaintiff

DENNIS, CORRY, PORTER & SMITH, L.L.P.
3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305-4611
Telephone:  (404) 365-0102
Facsimile:  (404) 365-0134
Email:         ssmith@dcplaw.com

2362-11141.1(RCP)