IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WESTERN WORLD INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>v.<br><br>NARCONON OF GEORGIA, INC., NARCONON INTERNATIONAL, DELGADO DEVELOPMENT, INC., PATRICK C. DESMOND AND MARY C. DESMOND, INDIVIDUALLY, AND MARY C. DESMOND, AS ADMINISTRATRIX OF THE ESTATE OF PATRICK W. DESMOND,<br><br>   Defendants. | CIVIL ACTION<br>FILE NO.:  1:12-cv-2117-AT |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

1.

The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any

-1-

parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

(a) For Plaintiff: WESTERN WORLD INSURANCE COMPANY. Western World Insurance Group is a parent company.

(b) For Defendants: NARCONON OF GEORGIA, INC., NARCONON INTERNATIONAL, DELGADO DEVELOPMENT, INC., PATRICK C. DESMOND AND MARY C. DESMOND, INDIVIDUALLY, AND MARY C. DESMOND, AS ADMINISTRATRIX OF THE ESTATE OF PATRICK W. DESMOND.

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

(a) For Plaintiff: All named parties in this action and Western World Insurance Group.

(b) For Defendants: All named parties in this action.

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    (a)    For Plaintiff:

> R. CLAY PORTER
> BARBARA L. MULHOLLAND
> ELIZABETH M. EKLUND
> STEPHEN G. SMITH, JR.
>
> DENNIS, CORRY, PORTER & SMITH, LLP
> 3535 Piedmont Road, NE
> 14 Piedmont Center, Suite 900
> Atlanta, Georgia 30305-4611

    (b)    For Defendants:

        (i)    Narconon of Georgia, Inc., and Narconon International:

> HALSEY G. KNAPP, JR.
> HERMAN L. FUSSELL
>
> FOLTZ MARTIN, LLC
> 3525 Piedmont Rd., NE
> 5 Piedmont Center, Suite 750
> Atlanta, GA 30305

        (ii)    Patrick C. Desmond and Mary C. Desmond Individually, and Mary C. Desmond, as Administratrix of the Estate of Patrick W. Desmond:

JEFFREY R. HARRIS

HARRIS PENN LOWRY DELCAMPO, LLP
1201 Peachtree St., NE, Suite 900
Atlanta, GA 30361

    (iii)    Delgado Development, Inc.,

                Representation in this matter is unknown at this time.

Respectfully submitted this the 30th day of August, 2012.

                                              s/Stephen G. Smith, Jr.
                                              Georgia Bar No. 795287
                                              For the Firm
                                              Attorneys for Plaintiff

DENNIS, CORRY, PORTER & SMITH, L.L.P.
3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305-4611
Telephone:  (404) 365-0102
Facsimile:   (404) 365-0134
Email:       ssmith@dcplaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2012, I electronically filed the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Halsey G. Knapp, Jr., Esq.
> Herman Fussell, Esq.
> Foltz Martin, LLC
> 3525 Piedmont Road, NE
> Five Piedmont Center, Suite 750
> Atlanta, GA  30305

I hereby certify that on August 30, 2012, I electronically filed the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF and did serve same, via U.S. Mail, postage prepaid, to the following attorneys at the address listed below:

> Jeffrey R. Harris, Esq.
> Harris Penn Lowry Delcampo, LLP
> 1201 Peachtree Street, NE, Suite 900
> Atlanta, GA 30361

*[Signature on next page.]*

s/Stephen G. Smith, Jr.
Georgia Bar No. 795287
For the Firm

DENNIS, CORRY, PORTER & SMITH, L.L.P.
3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305-4611
Telephone:     (404) 365-0102
Facsimile:      (404) 365-0134
Email:            ssmith@dcplaw.com

## **FONT CERTIFICATION**

THIS IS TO CERTIFY that, pursuant to LR 5.1B, NDGa., the above document was prepared in Times New Roman, 14 pt.

s/Stephen G. Smith, Jr.
Georgia Bar No. 795287
For the Firm

DENNIS, CORRY, PORTER & SMITH, L.L.P.
3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305-4611
Telephone:     (404) 365-0102
Facsimile:      (404) 365-0134
Email:            ssmith@dcplaw.com