UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| WESTERN WORLD INSURANCE COMPANY, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CIVIL ACTION FILE |
| NARCONON OF GEORGIA, INC., | : | NO. 1:12-cv-02117 |
| NARCONON INTERNATIONAL, | : | |
| DELGADO DEVELOPMENT, INC., | : | |
| PATRICK C. DESMOND AND MARY | : | |
| C. DESMOND, INDIVIDUALLY, | : | |
| AND MARY C. DESMOND, AS | : | |
| ADMINISTRATRIX OF THE ESTATE | : | |
| OF PATRICK W. DESMOND, | : | |
| | : | |
| Defendants. | : | |

## <u>NOTICE OF APPEARANCE</u>

COME NOW Jeffrey R. Harris and Darren W. Penn of Harris Penn

Lowry DelCampo, LLP, and David S. Bills of David S. Bills, P.C., and

hereby provide notice of their appearance in the above-captioned case as

counsel for all purposes on behalf of Defendants Patrick C. Desmond and

Mary C. Desmond, individually, and Mary C. Desmond, as Administratrix

of the Estate of Patrick W. Desmond, pursuant to Rule 83.1(e)(1) of the

Northern District of Georgia Local Rules.

Mr. Harris, Mr. Penn and David S. Bills are each members in good

standing of the State Bar of Georgia and are admitted to practice before the

United States District Court for the Northern District of Georgia and the

Supreme Court of Georgia.

Defendants Patrick C. Desmond and Mary C. Desmond, individually,

and Mary C. Desmond, as Administratrix of the Estate of Patrick W.

Desmond, request that the Clerk of the Court, the Plaintiff, the other named

Defendants, and any and all other parties in interest, add the undersigned

counsel to the service list and serve upon said counsel copies of all

pleadings, orders, notices, and any other papers filed in the above-styled

case on behalf of the Desmonds, as follows:

> Jeffrey R. Harris, Esq.
> Darren W. Penn, Esq.
> Harris Penn Lowry DelCampo, LLP
> 400 Colony Square
> 1201 Peachtree St., N.E.
> Suite 900
> Atlanta, Georgia 30361
>
> David S. Bills, Esq.
> David S. Bills, P.C.
> 1932 North Druid Hills Road, N.E.
> Suite 200
> Atlanta, GA 30319

This 6th day of September, 2012.

Respectfully submitted,

HARRIS PENN LOWRY
DELCAMPO, LLP


 s/  Jeffrey R. Harris
Jeffrey R. Harris
Georgia Bar No. 330315


 s/  Darren W. Penn
Darren W. Penn
Georgia Bar No. 571322

Harris Penn Lowry DelCampo, LLP
400 Colony Square
1201 Peachtree St., N.E.
Suite 900
Atlanta, Georgia 30361
(404) 961-7650 telephone
(404) 961-7651 facsimile

DAVID S. BILLS, P.C.


 s/  David S. Bills
DAVID S. BILLS
Georgia Bar No. 057132

1932 North Druid Hills Road, N.E.
Suite 200
Atlanta, GA 30319
(404) 633-6000 telephone
(404)633-6400 facsimile

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have electronically filed the foregoing

NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF

system which will automatically send email notification of such filing to the

following attorneys of record:

> R. Clay Porter, Esq.
> Barbara L. Mulholland, Esq.
> Elizabeth M. Eklund, Esq.
> Dennis, Corry, Porter & Smith, LLP
> 3535 Piedmont Road, NE
> 14 Piedmont Center, Suite 900
> Atlanta, GA 30305
>
> Halsey G. Knapp, Jr., Esq.
> Herman L. Fussell, Esq.
> Foltz Martin, LLC
> 3525 Piedmont Road, N.E.
> 5 Piedmont Center, Suite 750
> Atlanta, GA 30305

This 6th day of September, 2012.

> HARRIS PENN LOWRY
> DELCAMPO, LLP
>
>
>  s/  Jeffrey R. Harris
> Jeffrey R. Harris
> Georgia Bar No. 330315

Harris Penn Lowry DelCampo, LLP
400 Colony Square
1201 Peachtree St., N.E.

Suite 900
Atlanta, Georgia 30361
(404) 961-7650 telephone
(404) 961-7651 facsimile