IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WESTERN WORLD INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>NARCONON OF GEORGIA, INC., NARCONON INTERNATIONAL, DELGADO DEVELOPMENT, INC., PATRICK C. DESMOND AND MARY C. DESMOND, INDIVIDUALLY, AND MARY C. DESMOND, AS ADMINISTRATRIX OF THE ESTATE OF PATRICK W. DESMOND,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO. 1:12-cv-2117-AT |

STATE OF GEORGIA

COUNTY OF FULTON

### AFFIDAVIT OF ERIC WEST

Personally appeared before me, the undersigned officer duly authorized by law to administer oaths, ERIC WEST, who after first being duly sworn, deposes and says:

1


270546

1.

I am at least eighteen (18) years of age, I am suffering from no legal disability, and I have personal knowledge sufficient to make this affidavit.

2.

I am not a party to the above styled action.

3.

I am an independent contractor process server affiliated with MLQ Attorney Services, 2000 Riveredge Parkway, NW, Suite 885, Atlanta, GA 30328.

4.

On August 6, 2012, I served Defendant Delgado Development, Inc., with a copy of the Summons and Complaint for Declaratory Judgment regarding the above styled action, Civil Action No. 1: 12-CV-2117, at 1536 Pinebreeze Dr., Marietta, Georgia 30062, by personally serving same upon Maria Delgado. A true and correct copy of my Proof of Service is attached hereto as **Exhibit A**.

[SIGNATURE ON FOLLOWING PAGE]

Further, affiant saith not.

_____
ERIC WEST
Process Server

Sworn to and subscribed before me this
___4th___ day of ___Sept.___, 2012.

_____
Notary Public

My commission expires

## FONT CERTICATION

I do hereby certify that, pursuant to LR 5.1B, N.D.Ga., the above document was prepared in Times New Roman, 14 pt.

                              DENNIS, CORRY, PORTER & SMITH, L.L.P.

                              s/STEPHEN G. SMITH, JR.
                              Georgia Bar No. 795287
                              For the Firm
                              Attorneys for Plaintiff
                              Western World Insurance Company

3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305-4611
Telephone:  (404) 365-0102
Facsimile:   (404) 365-0134

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:12-CV-2117

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Delgado Development, Inc.
was received by me on *(date)* 08/02/2012

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Maria Delgado, Registered Agent , who is designated by law to accept service of process on behalf of *(name of organization)* Delgado Development, Inc. at 1536 Pinebreeze Drive, Marietta, GA 30062 on *(date)* 08/06/2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 08/07/2012

*Server's signature*

Eric West
*Printed name and title*

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
*Server's address* ATLANTA, GA 30328
1-800-446-8794

Additional information regarding attempted service, etc:





270546

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2012, I electronically filed **AFFIDAVIT OF ERIC WEST** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Halsey G. Knapp, Jr., Esq.
>Foltz Martin, LLC
>3525 Piedmont Road, NE
>Five Piedmont Center, Suite 750
>Atlanta, GA  30305
>
>Jeffrey R. Harris, Esq.
>Darren W. Penn, Esq.
>Harris Penn Lowry Delcampo, LLP
>1201 Peachtree Street, NE, Suite 900
>Atlanta, GA 30361
>
>David S. Bills, Esq.
>David S. Bills, P.C.
>1932 North Druid Hills Road, N.E., Suite 200
>Atlanta, GA  30319

>DENNIS, CORRY, PORTER & SMITH, L.L.P.
>s/STEPHEN G. SMITH, JR.
>Georgia Bar No. 795287
>For the Firm
>Attorneys for Plaintiff
>Western World Insurance Company

3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305-4611
Telephone:  (404) 365-0102
Facsimile:   (404) 365-0134

5