UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WESTERN WORLD INSURANCE COMPANY,<br><br>　　Plaintiff,<br><br>v.<br><br>NARCONON OF GEORGIA, INC., NARCONON INTERNATIONAL, DELGADO DEVELOPMENT, INC., PATRICK C. DESMOND AND MARY C. DESMOND, INDIVIDUALLY, AND MARY C. DESMOND, AS ADMINISTRATRIX OF THE ESTATE OF PATRICK W. DESMOND,<br><br>　　Defendants. | CIVIL ACTION<br>FILE NO.: 12-CV-2117 AT |

## PLAINTIFF'S INITIAL DISCLOSURES

(1) State precisely the classification of the cause of action being filed, a brief factual outline of the case including Plaintiff's contentions as to what Defendant did or failed to do, and a succinct statement of the legal issues in the case.

**Response: This is a declaratory judgment action seeking an order from the court declaring and determining that Western World Commercial Lines**

1

Policy No. NPP1123556 issued to Narconon of Georgia, Inc. effective August 19, 2007 to August 19, 2008 ("the Western World Policy") does not obligate Western World to provide coverage or a defense to Narconon of Georgia, Inc., Narconon International for all or part of the causes of action set forth against them in the underlying civil action: *Patrick C. Desmond and Mary C. Desmond, Individually, and Mary C. Desmond as Administrator of the Estate of Patrick W. Desmond v. Narconon of Georgia, Inc., Delgado Development, Inc., Lisa Carolina Robbins, M.D., The Robbins Group, Inc., and Narconon International*, in the State Court of Dekalb County, Georgia; Civil Action No. 10A-28641-2 (the "Underlying Action"). The specific assertions by Plaintiff in this regard as to the Western World Policy and the reasons that it should be declared not to cover all or part of those allegations are set forth in the Complaint Declaratory Judgment.

(2) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which Plaintiff contends are applicable to this action.

**Response:** 28 U.S.C. §§ 2201 and 2202; Fed. R. Civ. P. 38, 39 and 57; 28 U.S.C. §§ 1332 (a) (1); and Georgia principals of insurance contract construction as illustrated in: O'Neal v. State Farm Mut. Auto. Ins. Co., 243

**Ga. App. 756, 757 (Ga. Ct. App. 2000); North Metro Directories Publ'g, LLC v. Cotton States Mut. Ins. Co., 279 Ga. App. 492, 495 (Ga. Ct. App. 2006); Shafe v. Am. States Ins. Co., 288 Ga. App. 315, 317 (Ga. Ct. App. 2007); BBL-McCarthy, LLC v. Baldwin Paving Co., 285 Ga. App. 494, 497-498 (Ga. Ct. App. 2007); Claussen v. Aetna Cas. & Surety Co., 259 Ga. 333 (1) (380 S.E.2d 686) (1989); Boardman Petroleum v. Federated Mut. Ins. Co., 269 Ga. 326, 327-328 (Ga. 1998); Allstate Ins. Co. v. Neal, 304 Ga. App. 267 (Ga. Ct. App. 2010); Mingledorff v. Bell, 107 Ga. App. 685, 686-687 (Ga. Ct. App. 1963); Travelers Indem. Co. v. Nix, 644 F.2d 1130, 1132 (5th Cir. Ga. 1981); Ga. Mut. Ins. Co. v. Kurtz, 206 Ga. App. 716, 717-718 (Ga. Ct. App. 1992); ALEA London Ltd. v. Woodcock, 286 Ga. App. 572, 574 (Ga. Ct. App. 2007); Nationwide Mut. Fire Ins. Co. v. Somers, 264 Ga. App. 421, 426 (Ga. Ct. App. 2003).**

    **Federated Rural Elec. Ins. Exch. v. R. D. Moody & Assocs., 468 F.3d 1322 (choice of law in diversity actions).**

    **Convergys Corp. v. Keener, 276 Ga. 808, 811, 582 S.E.2d 84, 86 (2003) (Georgia's lex loci contractus.)**

    (3) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts

3

alleged with particularity in the pleadings, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)

**Response:** **See Attachment A.**

(4) Provide the name of any person who may be used at trial to present evidence under rules 702, 703 or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Initial Disclosures as Attachment B.)

**Response:** **See Attachment B.**

(5) Provide a copy of, or description by category and location of, all documents, data compilations, and tangible things in your possession, custody or control that are relevant to disputed facts alleged with particularity in the pleadings. (Attach document list and description to Initial Disclosures as Attachment C.)

**Response:** **See Attachment C.**

(6) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials

bearing on the nature and extent of injuries suffered, making such documents or evidentiary materials available for inspection and copying under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)

**Response:   This matter is a declaratory judgment action and no damages are claimed.**

(7) Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

**Response:** **None**

(8) Disclose the full name, address and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in Plaintiff's cause of action and state the basis and extent of such interest.

**Response:** **None.**

Respectfully Submitted,

>s/R. CLAY PORTER
>Georgia Bar No. 584825
>s/STEPHEN G. SMITH, JR.
>Georgia Bar No. 795287
>For the Firm

Attorneys for Plaintiff Western World Insurance Company
DENNIS, CORRY, PORTER & SMITH, LLP
3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305-4611
Telephone:    (404) 365-0102
Facsimile:     (404) 365-0134
Email:          cporter@dcplaw.com
                     ssmith@dcplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2012, I electronically filed **PLAINTIFF'S INITIAL DISCLOSURES** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Halsey G. Knapp, Jr., Esq.
>Foltz Martin, LLC
>3525 Piedmont Road, NE
>Five Piedmont Center, Suite 750
>Atlanta, GA  30305
>
>Jeffrey R. Harris, Esq.
>Darren W. Penn, Esq.
>Harris Penn Lowry Delcampo, LLP
>1201 Peachtree Street, NE, Suite 900
>Atlanta, GA 30361
>
>David S. Bills, Esq.
>David S. Bills, P.C.
>1932 North Druid Hills Road, N.E., Suite 200
>Atlanta, GA  30319

                                              DENNIS, CORRY, PORTER & SMITH, LLP

                                              s/STEPHEN G. SMITH, JR.
                                              Georgia Bar No. 795287
                                              For the Firm
                                              Attorneys for Plaintiff
                                              Western World Insurance Company

3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305-4611
Telephone:  (404) 365-0102
Facsimile:   (404) 365-0134
Email:        ssmith@dcplaw.com


## FONT CERTIFICATION

      THIS IS TO CERTIFY that, pursuant to LR 5.1B, NDGa., the above document was prepared in Times New Roman, 14 pt.

                                              DENNIS, CORRY, PORTER & SMITH, LLP

                                              s/STEPHEN G. SMITH, JR.
                                              Georgia Bar No. 795287
                                              For the Firm
                                              Attorneys for Plaintiff
                                              Western World Insurance Company

3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305-4611
Telephone:  (404) 365-0102
Facsimile:   (404) 365-0134
Email:        ssmith@dcplaw.com