AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Western World Insurance Company <br><br> *Plaintiff(s)* <br> v. <br><br> Narconon of Gerogia, Inc., Narconon International, Patrick C. Desmond and Mary C. Desmond, Individually, and Mary C. Desmond, as Administratrix of the Estate of Patrick W. Desmond, and Nonprofits' <br> *Defendant(s)* Insurance Alliance of California | Civil Action No. 1:12-cv-2117-AT |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Nonprofits' Insurance Alliance of California
c/o Registered Agent, Melissa Yarnell
333 Front Street
Santa Cruz, California 95060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint* or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   R. CLAY PORTER, ESQ. // STEPHEN G. SMITH, ESQ.            * and First Amendment
DENNIS, CORRY, PORTER & SMITH, L.L.P.                              to the Complaint
3535 PIEDMONT ROAD, NE
14 PIEDMONT CENTER, SUITE 900
ATLANTA, GEORGIA 30305-4611

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

PLEASE NOTE:  The Consent Order Granting Consent Motion to Drop and Dismiss Delgado Development, Inc. as a Defendant without Prejudice and to Add Nonprofits' Insurance Alliance of California as a Defendant and to Amend Style Accordingly as well as the First Amendment to Complaint for Declaratory Judgment, along with the Complaint for Declaratory Judgment, are being served on Nonprofits' Insurance Alliance of California.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:12-cv-2117-AT

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

PLEASE NOTE:  The Consent Order Granting Consent Motion to Drop and Dismiss Delgado Development, Inc. as a Defendant without Prejudice and to Add Nonprofits' Insurance Alliance of California as a Defendant and to Amend Style Accordingly as well as the First Amendment to Complaint for Declaratory Judgment, along with the Complaint for Declaratory Judgment, are being served on Nonprofits' Insurance Alliance of California.