UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| WESTERN WORLD INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action File |
| v. | ) ) ) | No. 1:12-cv-2117-AT |
| NARCONON OF GEORGIA, INC., NARCONON INTERNATIONAL, PATRICK C. DESMOND AND MARY C. DESMOND, INDIVIDUALLY, AND MARY C. DESMOND AS ADMINISTRATRIX OF THE ESTATE OF PATRICK W. DESMOND, AND NONPROFITS' INSURANCE ALLIANCE OF CALIFORNIA, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## **NOTICE OF APPEARANCE OF COUNSEL**

Pursuant to Local Rule 83.1D of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, Thomas M. Barton and Aaron P.M. Tady, of the law firm Coles Barton LLP, hereby file this Notice of Appearance as Counsel for Defendant Nonprofits' Insurance Alliance of California. All further pleadings and notices regarding the above-captioned proceeding shall be directed to the following:

Thomas M. Barton
Georgia Bar No. 040821
tbarton@colesbarton.com
Aaron P.M. Tady
Georgia Bar No. 696273
atady@colesbarton.com
Coles Barton LLP
150 South Perry Street
Suite 100
Lawrenceville, Georgia  30046
Phone:  770-995-5552
Facsimile:  770-995-5582

Submitted this 13th day of November, 2012.

        COLES BARTON LLP

        */s/ Thomas M. Barton*
        _____
        Thomas M. Barton
        Georgia Bar Number 040821
        Aaron P.M. Tady
        Georgia Bar Number 696273

150 South Perry Street
Suite 100
Lawrenceville, Georgia  30046
770-995-5552 - Telephone
770-995-5582 – Facsimile
tbarton@colesbarton.com
atady@colesbarton.com        Attorneys for Defendant Nonprofits'
        Insurance Alliance of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WESTERN WORLD INSURANCE COMPANY, ) ) ) ) Plaintiff, ) ) v. ) ) NARCONON OF GEORGIA, INC., ) NARCONON INTERNATIONAL, ) PATRICK C. DESMOND AND MARY ) C. DESMOND, INDIVIDUALLY, ) AND MARY C. DESMOND AS ) ADMINISTRATRIX OF THE ESTATE ) OF PATRICK W. DESMOND, AND ) NONPROFITS' INSURANCE ) ALLIANCE OF CALIFORNIA, ) ) Defendants. ) ) | Civil Action File No. 1:12-cv-2117-AT |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2012, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

[Signature on following page]

This 13th day of November, 2012

        COLES BARTON LLP

        */s/ Thomas M. Barton*
        _____
        Thomas M. Barton
        Attorneys for Defendant Nonprofits'
        Insurance Alliance of California