## ATTACHMENT A

(1)   The parties to this action;

(2)   All parties to the Underlying Action;

(3)   All persons identified by the parties to the Underlying Action in the Underlying Action as having discoverable information, including but not limited to those persons identified in the discovery responses exchanged in the Underlying Action as well as all persons having been or to be deposed in the Underlying Action;

(4)   Nonprofits' Insurance Alliance of California, represented by Thomas M. Barton and Aaron P.M. Tady, Coles Barton, LLP, 150 South Perry St., Suite 100, Lawrenceville, Georgia 30046. 770-995-5552.

(5)   Pamela E. Davis, President and Founder of Nonprofits' Insurance Alliance of California c/o Nonprofits' Insurance Alliance of California, P.O. Box 8507, Santa Cruz, California 95061; 800-359-6422.

Plaintiff reserves the right to supplement this response upon the completion of investigation and discovery.