## **ATTACHMENT B**

Plaintiff has not designated expert witnesses at present.  Plaintiff reserves the right to supplement this response upon the completion of investigation and discovery.